UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

| | |
|---|---|
| ABINGTON CREST NURSING AND REHABILITATION CENTER<br>1267 South Hill Road<br>Erie, PA  16509,<br><br>ALDERCREST HEALTH AND REHABILITATION CENTER<br>21400 72nd Avenue West<br>Edmonds, WA  98026,<br><br>BEAVER VALLEY NURSING AND REHABILITATION CENTER<br>257 Georgetown Road<br>Beaver Falls, PA  15010,<br><br>BELAIR HEALTH AND REHABILITATION CENTER<br>100 Little Road<br>Lower Burrell, PA  15068,<br><br>BROAD MOUNTAIN NURSING AND REHABILITATION CENTER<br>500 West Laurel Street<br>Frackville, PA  17931,<br><br>CLAIRVIEW NURSING AND REHABILITATION CENTER CENTER<br>14663 Route 68<br>Sligo, PA  16255,<br><br>DALWORTH CARE CENTER<br>405 Duncan Perry Road<br>Arlington, TX 76011<br><br>DRESHER HILL HEALTH AND REHABILITATION CENTER<br>1390 Camp Hill Road<br>Dresher, PA  19034, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)     Civil Action No. _____<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

EDGEWOOD NURSING CENTER      )
East Main Street                                 )
Youngstown, PA  15696,                   )
                                                            )
ELK HAVEN NURSING HOME         )
785 Johnsonburg Road                     )
St. Marys, PA  15857,                       )
                                                            )
EVERGREEN NURSING AND         )
REHABILITATION CENTER           )
430 North Lilly Road                         )
Olympia, WA  98506,                       )
                                                            )
FRANKLIN HILLS HEALTH AND   )
REHABILITATION CENTER           )
6021 North Lidgerwood                    )
Spokane, WA  99207,                       )
                                                            )
HAVENCREST NURSING CENTER )
1277 Country Club Road                   )
Monongahela, PA  15063,                 )
                                                            )
KITTITAS VALLEY HEALTH AND )
REHABILITATION CENTER           )
1050 East Mountain View                 )
Ellensburg, WA  99207,                    )
                                                            )
MEADOWCREST NURSING CENTER )
1200 Braun Road                              )
Bethel Park, PA  15102,                    )
                                                            )
MOUNTAIN LAUREL NURSING   )
AND REHABILITATION CENTER  )
700 Leonard Street                            )
Clearfield, PA  16830,                      )
                                                            )
PACIFIC SPECIALTY AND            )
REHABILITATIVE CARE               )
1015 North Garrison Avenue            )
Vancouver, WA  98664,                   )
                                                            )
SOUTHCREST SUBACUTE &        )
SPECIALTY CARE CENTER          )
110 West Cliff Drive                         )
Spokane, WA 99204                         )

|  |  |
|---|---|
| STONEBRIDGE HEALTH AND REHABILITATION CENTER<br>102 Chandra Drive<br>Duncannon, PA  17020, | )<br>)<br>)<br>)<br>) |
| TREMONT HEALTH AND REHABILITATION CENTER<br>44 Donaldson Road<br>Tremont, PA  17981 | )<br>)<br>)<br>)<br>) |
| and | ) |
| VALLEY MANOR NURSING AND REHABILITATION CENTER<br>7650 Route 309<br>Coopersburg, PA  18036 | )<br>)<br>)<br>)<br>) |
| Plaintiffs, | ) |
| v. | ) |
| MICHAEL O. LEAVITT<br>Secretary, United States Department of Health & Human Services<br>200 Independence Avenue, S.W.<br>Washington, D.C.  20201, | )<br>)<br>)<br>)<br>)<br>) |
| Defendant. | ) |

## CERTIFICATE UNDER LCvR 7.1

I, the undersigned counsel of record for Plaintiffs, certify that to the best of my knowledge and belief, the following corporation, which is a parent company of the Plaintiffs, has outstanding securities in the hands of the public:  Extendicare Inc.  Further, no other subsidiaries, affiliates or parent companies of the Plaintiffs have outstanding securities in the hands of the public.

3

These representations are made in order that judges of this court may determine the need for recusal.

Dated:  November 13, 2006

Respectfully submitted,

*/s/ John R. Jacob*

John R. Jacob
D.C. Bar No. 444412
AKIN GUMP STRAUSS HAUER & FELD LLP
Robert S. Strauss Building
1333 New Hampshire Avenue, NW
Washington, D.C. 20036
Telephone:  202-887-4582
Fax:  202-955-7648
Email:  jjacob@akingump.com

**OF COUNSEL:**

Daniel F. Miller
Barbara J. Janaszek
WHYTE HIRSCHBOECK DUDEK S.C.
555 East Wells Street
Suite 1900
Milwaukee, WI 53202
Telephone:  414-273-2100
Fax:  414-223-5000
Email:  dmiller@whdlaw.com
Email:  bjanaszek@whdlaw.com

4