UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABINGTON CREST NURSING AND REHABILITATION CENTER, et al., <br> Plaintiffs, <br><br> v. <br><br> MICHAEL O. LEAVITT, <br> Secretary, United States Department of Health and Human Services, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) Civ. Action No. 06-1932 (JDB) <br> )   ECF <br> ) <br> ) <br> ) <br> ) <br> ) |

## PRAECIPE

**THE CLERK OF THIS COURT** will please enter the appearance of Assistant United States Attorney Megan L. Rose as counsel for the defendant in the above-captioned case.

          Respectfully submitted,

          /s/

          MEGAN L. ROSE, NC Bar # 28639
          Assistant United States Attorney
          Judiciary Center Building
          555 Fourth Street, N.W.
          Washington, D.C. 20530
          (202) 514-7220
          (202) 514-8780 (fax)
          Megan.Rose@usdoj.gov