IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABINGTON CREST NURSING AND REHABILITATION CENTER, et al.<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL O. LEAVITT,<br>Secretary, United States Department of Health and Human Services,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) Case No. 1:06CV01932 (RJL)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**CONSENT MOTION FOR ENLARGEMENT OF THE DEFENDANT'S TIME
TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

Pursuant to Fed. R. Civ. P. 6(b)(1), Defendant Michael O. Leavitt, the Secretary of United States Department of Health and Human Services ("the Secretary"), by and through his undersigned counsel, respectfully moves for a forty-five (45) day enlargement of the Secretary's time to answer or otherwise respond to Plaintiffs' Complaint. In support of the instant motion, the Secretary states as follows:

1. This action was initiated with the filing of a Complaint on November 13, 2006.

2. The Secretary's response to Plaintiffs' Complaint is currently due by January 16, 2007. Fed. R. Civ. P. 6(a), 12(a)(3)(A).

3. Plaintiffs challenge a final determination of the Secretary denying Medicare reimbursement for bad debts that the Plaintiffs had incurred as a result of services rendered to dually eligible Medicare beneficiaries that were subject to payment under the Medicare Part B fee schedule during their fiscal years ending December 31, 1999. The matters at issue in this action

are complex and require careful investigation of the administrative record before the Secretary answers or otherwise responds to the Complaint.

4. The Office of Attorney Advisor (OAA) within the Centers for Medicare & Medicaid Services (CMS) is responsible for compiling administrative records for all actions filed in courts throughout the country that challenge the Secretary's final decisions on provider reimbursement disputes. OAA is currently in the process of compiling the administrative record for this case.

5. In order to allow sufficient time for OAA to complete the record, and for Defendant's counsel to review the complete record and prepare an appropriate response to the Complaint, the Secretary respectfully requests an enlargement of time of forty-five (45) days, up to and including February 27, 2007 within which to respond to the Complaint.

6. Pursuant to Local Civil Rule 7(m), on December 28, 2006, the Secretary's counsel contacted Plaintiffs' counsel. Plaintiffs' counsel stated that Plaintiffs had no objection to the instant motion.

7. This request is made in good faith and not for purposes of delay.

8. The Secretary has not previously requested or been given an extension of time to respond to the Complaint.

9. There are no other previously scheduled deadlines in this case; the Court's granting of this motion for enlargement of time will not affect any previously scheduled deadlines.

A proposed Order is attached.

                                                Respectfully submitted,

          /s/
KENNETH L. WAINSTEIN
United States Attorney
D.C. Bar No. 451058


          /s/
MEGAN ROSE
Assistant United States Attorney
N.C. Bar No. 28639
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 514-7220 / FAX: (202) 514-8780


TRACEY GLOVER
U.S. Department of Health and Human Services
Office of the General Counsel
Centers for Medicare and Medicaid Services
330 Independence Ave., S.W., Room 5309
Washington, D.C. 20201

Counsel for the Defendant

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABINGTON CREST NURSING AND REHABILITATION CENTER, et al. | )<br>)<br>)<br>) |
| Plaintiffs, | ) |
| v. | ) Case No. 1:06CV01932 (RJL) |
| MICHAEL O. LEAVITT,<br>Secretary, United States Department of Health and Human Services, | )<br>)<br>)<br>) |
| Defendant. | ) |

**ORDER**

Having considered the Defendant's Consent Motion for Enlargement of the Defendant's Time to Answer or Otherwise Respond to the Complaint,

it is this _____ day of December, 2007,

ORDERED that the Defendant's Consent Motion for Enlargement of the Defendant's Time to Answer or Otherwise Respond to the Complaint is hereby granted, and it is further

ORDERED that Defendant shall have through and including February 27, 2007 to answer or otherwise respond to the Plaintiffs' complaint.

_____
UNITED STATES DISTRICT JUDGE