**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| ABINGTON CREST NURSING AND | ) | |
| REHABILITATION CENTER, et al., | ) | |
|      Plaintiffs, | ) | |
| | ) | |
|      v. | ) | Civ. Action No. 06-1932 (JDB) |
| | ) | |
| MICHAEL O. LEAVITT, | ) | |
| Secretary, United States Department of | ) | |
| Health and Human Services, | ) | |
| | ) | |
|      Defendant. | ) | |

**NOTICE OF FILING OF ADMINISTRATIVE RECORD**

Defendant, Secretary of Health and Human Services, United States Department of Health and Human Services, hereby files the attached administrative record in the above-captioned action. The record exceeds 500 pages and thus in accordance with the Court's ECF rules has been filed and served in hard copy only.

Respectfully submitted,

s/
_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

s/
_____
MEGAN L. ROSE, NC Bar # 28639
Assistant United States Attorney
Judiciary Center Building
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 514-7220
(202) 514-8780 (fax)
Megan.Rose@usdoj.gov

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that the foregoing copy of the Defendant's Notice of Filing Of

Administrative Record with attached Administrative Record has been delivered by City Express,

this <u>27th</u> day of February, 2007, addressed to:

> **John R. Jacob**
> **Akin Gump Strauss Hauer & Feld LLP**
> **Robert S. Strauss Building**
> **1333 New Hampshire Ave., NW**
> **Washington, DC 20036.**

s/
_____
Megan L. Rose
Assistant United States Attorney