IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABINGTON CREST NURSING AND REHABILITATION CENTER, et al.<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL O. LEAVITT,<br>Secretary, United States Department of Health and Human Services,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) Case No. 1:06CV01932 (RJL)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**JOINT NOTICE AND MOTION TO SET BRIEFING SCHEDULE**

Counsel for Defendant Michael O. Leavitt, the Secretary of Health and Human Services, and Plaintiff Abington Crest Nursing and Rehabilitation Center have conferred and agree that, because this civil action is an action seeking review on an administrative record, the Duty to Confer, the initial disclosure requirement, and the obligation to have an initial scheduling conference do not arise. See Fed. R. Civ. P. 26(a)(E)(i), 26(f); LCvR 16.3(b)(1); 42 U.S.C. § 1395oo(f). The parties agree that there will be no discovery in this case.

Furthermore, the parties agree that this case should be disposed of on the basis of cross-motions for summary judgment. The parties respectfully submit the following proposed schedule for the submission of their respective briefs:

| | |
|---|---|
| June 15, 2007 : | Plaintiff's Motion for Summary Judgment |
| August 15, 2007 : | Defendant's Opposition and Cross Motion |
| September 14, 2007 : | Plaintiff's Opposition and Reply |

October 15, 2007 :	Defendant's Reply

A proposed order is attached.

                                            Respectfully submitted,

                                            John R. Jacob
                                            D.C. Bar No. 444412
                                            AKIN GUMP STRAUSS HAUER & FELD LLP
                                            Robert S. Strauss Building
                                            1333 New Hampshire Avenue, NW
                                            Washington, D.C.  20036
                                            Telephone: 202-887-4582
                                            Fax: 202-955-7648
                                            Email: jjacob@akingump.com

                                            **OF COUNSEL:**

                                            Daniel F. Miller
                                            Barbara J. Janaszek
                                            WHYTE HIRSCHBOECK DUDEK S.C.
                                            555 East Wells Street
                                            Suite 1900
                                            Milwaukee, WI 53202
                                            Telephone: 414-273-2100
                                            Fax: 414-223-5000
                                            Email: bjanaszek@whdlaw.com
                                            Email: dmiller@whdlaw.com

                                            Counsel for the Plaintiff


                                                / s /
                                            JEFFREY A. TAYLOR
                                            United States Attorney
                                            D.C. Bar No. 498610

        / s /
MEGAN L. ROSE
Assistant United States Attorney
N.C. Bar No. 28639
Civil Division
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 514-7220/FAX: (202) 514-8780

TRACEY GLOVER
U.S. Department of Health and Human Services
Office of the General Counsel
Centers for Medicare and Medicaid Services
330 Independence Ave., S.W., Room 5309
Washington, D.C. 20201

Counsel for the Defendant

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABINGTON CREST NURSING AND REHABILITATION CENTER, et al.<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL O. LEAVITT,<br>Secretary, United States Department of Health and Human Services,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  Case No. 1:06CV01932 (RJL)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**JOINT PROPOSED BRIEFING SCHEDULE ORDER**

This court having received the parties' joint notice and briefing schedule, it is hereby ORDERED that the case be set on the following schedule for briefing on cross-motions for summary judgment.

June 15, 2007 :        Plaintiff's Motion for Summary Judgment

August 15, 2007 :      Defendant's Opposition and Cross Motion

September 14, 2007 :   Plaintiff's Opposition and Reply

October 15, 2007 :     Defendant's Reply

SO ORDERED, this the _____ day of _____, 2007.

                                                                _____
                                                                The Honorable Richard J. Leon
                                                                United States District Judge