UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
MAR 2 8 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| ABINGTON CREST NURSING AND REHABILITATION CENTER, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> MICHAEL O. LEAVITT, *Secretary, Department of Health and Human Services*, <br><br> Defendant. | Civil Case No. 06-1932 (RJL) |

### FINAL JUDGMENT

For the reasons set forth in the Memorandum Opinion entered this date, it is, this 28th, day of March, 2008, hereby

**ORDERED** that plaintiffs' motion for summary judgment [#10] is DENIED, and it is further

**ORDERED** that defendant's motion for summary judgment [#11] is GRANTED, and it is further

**ORDERED** that judgment is entered in favor of Michael O. Leavitt, and the case is dismissed.

**SO ORDERED.**

RICHARD J. LEON
United States District Judge

