**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ABINGTON CREST NURSING AND REHABILITATION CENTER, | ) ) ) |
| ALDERCREST HEALTH AND REHABILITATION CENTER, | ) ) ) |
| BEAVER VALLEY NURSING AND REHABILITATION CENTER, | ) ) ) |
| BELAIR HEALTH AND REHABILITATION CENTER, | ) ) ) |
| BROAD MOUNTAIN NURSING AND REHABILITATION CENTER, | ) ) ) |
| CLAIRVIEW NURSING AND REHABILITATION CENTER, | ) ) ) |
| DALWORTH CARE CENTER, | ) Civil Action No. 1:06-CV-01932 (RJL) ) |
| DRESHER HILL HEALTH AND REHABILITATION CENTER, | ) ) ) |
| EDGEWOOD NURSING CENTER, | ) ) |
| ELK HAVEN NURSING HOME, | ) ) |
| EVERGREEN NURSING AND REHABILITATION CENTER, | ) ) ) |
| FRANKLIN HILLS HEALTH AND REHABILITATION CENTER, | ) ) ) |
| HAVENCREST NURSING CENTER, | ) ) |
| KITTITAS VALLEY HEALTH AND REHABILITATION CENTER, | ) ) |

| | |
|---|---|
| MEADOWCREST NURSING CENTER, | ) |
| | ) |
| MOUNTAIN LAUREL NURSING | ) |
| AND REHABILITATION CENTER, | ) |
| | ) |
| PACIFIC SPECIALTY AND | ) |
| REHABILITATIVE CARE, | ) |
| | ) |
| SOUTHCREST SUBACUTE & | ) |
| SPECIALTY CARE CENTER, | ) |
| | ) |
| STONEBRIDGE HEALTH AND | ) |
| REHABILITATION CENTER, | ) |
| | ) |
| TREMONT HEALTH AND | ) |
| REHABILITATION CENTER, | ) |
| | ) |
| and | ) |
| | ) |
| VALLEY MANOR NURSING AND | ) |
| REHABILITATION CENTER, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) |
| | ) |
| MICHAEL O. LEAVITT | ) |
| Secretary, United States Department of Health | ) |
| & Human Services | ) |
| | ) |
| Defendant. | ) |
| | ) |

## NOTICE OF APPEAL

Notice is hereby given this 28th day of April, 2008 that the Plaintiffs in the above-entitled case, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the March 28, 2008 Memorandum Opinion and Final Judgment granting Defendant's Cross-Motion for Summary Judgment and denying Plaintiffs' Motion for Summary Judgment.

Dated at Washington, D.C. this 28th day of April, 2008.

/s/ John R. Jacob
John R. Jacob
D.C. Bar No. 444412
AKIN GUMP STRAUSS HAUER & FELD, LLP
Robert S. Strauss Building
1333 New Hampshire Avenue, NW
Washington, D.C. 20036
Telephone: 202-887-4582
Fax: 202-955-7648
Email: jjacob@akingump.com

**OF COUNSEL:**

Daniel F. Miller
Barbara J. Janaszek
WHYTE HIRSCHBOECK DUDEK S.C.
555 East Wells Street
Suite 1900
Milwaukee, WI 53202
Telephone: 414-273-2100
Fax: 414-223-5000
Email: bjanaszek@whdlaw.com
Email: dmiller@whdlaw.com

Attorneys for Plaintiffs

**TO THE CLERK:**
Please mail a copy of the above Notice of Appeal to the following at the address indicated:

Attorney for Defendant:

Christopher Blake Harwood
christopher.harwood@usdoj.gov
U.S. Attorney's Office
555 Fourth Street, NW
Suite 4220
Washington, DC 20530
(202) 307-0372